## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cameron Aviles, a Special Agent with the United States Drug Enforcement Administration (hereinafter after, DEA), U.S. Department of Justice, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since May 2025. I successfully completed the DEA Basic Agent Training Program in Quantico, Virginia. During my training, I received instruction in a variety of investigative techniques, including electronic, fixed, and mobile surveillance. I also received formal training in the identification of controlled substances by sight and smell; the methods by which such substances are packaged, marketed, and consumed; and their effects on human physiology. Additionally, I was trained in methods used by individuals and organizations involved in the transportation, smuggling, and distribution of illegal drugs. I am currently assigned to the DEA Caribbean Division, San Juan, Puerto Rico Office, where I investigate large-scale drug trafficking organizations, violent gangs, and violations of federal narcotics laws, including those under Title 21, United States Code.

2. As a Special Agent, I am responsible for conducting investigations involving, among other things, the manufacture, distribution, and possession of controlled substances, in violation of 21 U.S.C. § 841(a)(1); conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846; and the importation of controlled substances, in violation of 21 U.S.C. § 952(a). I also investigate firearms offenses, including possession of a firearm with an obliterated serial number, in violation of 18 U.S.C. § 922(k), and related offenses. Throughout my law enforcement career, I have conducted interviews with individuals involved in drug

trafficking and money laundering operations, as well as confidential sources and cooperating defendants. These interviews have provided insight into the practices and methods used by individuals engaged in the illicit drug trade, including the laundering of drug proceeds. My training and experience, as well as guidance from senior agents and task force officers, have provided me with a comprehensive understanding of the methods and operations of drug trafficking organizations, including those operating in and through Puerto Rico.

3. I am an investigative or law enforcement officer of the United States within the meaning of 21 U.S.C, § 841(a)(1) and 846 and I am authorized by law to conduct investigations of, and make arrests for, offenses enumerated in 21 U.S.C, § 841(a)(1) and 846.

## II. PROBABLE CAUSE

4. On March 23, 2026, Agents of the Puerto Rico Police Bureau (PRPB), assigned to the "Fuerzas Unidas de Rápida Acción" (for its Spanish acronym, FURA) maritime unit, were conducting a patrol approximately 2 nautical miles north of Punta Uveras, Loíza.

5. At approximately 12:42 A.M. PRPB FURA observed a vessel heading in the direction of the Rio Grande River entrance. The Vessel is described as approximately 25-30 feet in length, blue in color, Yola type vessel with two Yamaha 60 HP outboard engines (VESSEL) (see Image 1).



6. PRPB agents observed the VESSEL navigating without lights in an area known to be used for drug traffickers. FURA agents approached the VESSEL and conducted an interdiction.

7. During the interdiction, PRPB agents detained 3 individuals, later identified as JONATHAN POLANCO – ROSARIO, JOENNY SANTIAGO, and JUAN CARLOS ABREU SÁNCHEZ. All later identified during interviews as Dominican Nationals.

8. Upon conducting an onboard inspection of the vessel, FURA Agents observed multiple bales consistent with suspected cocaine.



9. Subsequently, FURA Agents transported the VESSEL along with the suspected bales of cocaine to PRPB Maritime Operations Center, in Loiza. Upon arriving at the PRPB Maritime Operations Center in Loiza, PRPB agents contacted The Drug Enforcement Administration as well as other agencies.

10. Upon further processing of the VESSEL, PRPB agents working in conjunction with Customs and Border Protection Agents (CBP) discovered a total of 24 bales of suspected

cocaine with an approximate weight of 823 kilograms (kgs). Customs and Border Protection Agents field tested the suspected cocaine yielding positive results for cocaine.

11. DEA agents advised JONATHAN POLANCO-ROSARIO, JOENNY SANTIAGO, and JUAN CARLOS ABREU-SÁNCHEZ of their Miranda rights. Each individual acknowledged understanding those rights and signed a written waiver. They agreed to speak with law enforcement without an attorney present and executed the Spanish-language version of the waiver form.

12. During post-arrest interviews, all three individuals stated that they knowingly and willingly transported cocaine from the Dominican Republic to Puerto Rico in exchange for monetary compensation.

13. JUAN CARLOS ABREU-SÁNCHEZ stated that he served as the captain of the vessel and was responsible for its operation. ABREU-SÁNCHEZ further stated that he had previously been convicted of violations of 21 U.S.C. §§ 841 and 846. Additionally, ABREU-SÁNCHEZ was removed from the United States on or about April 1, 2025.

### III. CONCLUSION

13. Based on my training, experience, and the aforementioned facts, I respectfully submit that there is sufficient probable cause to show that JONATHAN POLANCO – ROSARIO, JOENNY SANTIAGO, and JUAN CARLOS ABREU SÁNCHEZ committed a violation of Title 21, *United States Code*, Section 952 (Importation of Controlled Substance) and Title 21 *United States Code* Section 936 (Conspiracy to Manufacture/Distribute Controlled Substance for Purpose of Unlawful Importation).

INTENTIONALY LEFT ON BLANK
AFFIDAVIT WILL CONTINUE IN NEXT PAGE

14. I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

CAMERON AVILES
Digitally signed by CAMERON AVILES
Date: 2026.03.23 16:22:59 -04'00'

Cameron Aviles
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me via phone, pursuant to Rule 4.1 this 23rd day of March 2026, in San Juan, Puerto Rico. at 4:32 p.m.

HONORABLE HÉCTOR RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE